**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**MITEL NETWORKS, INC.,**<br><br>  Defendant. | Civil Action No.: 1:20-cv-00873-MN<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff Coretek Licensing LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant Mitel Networks, Inc. in the within action, WITH PREJUDICE. Mitel Networks, Inc. has not served an answer or a motion for summary judgment.

Dated: August 28, 2020

Of counsel:

Andrew S. Curfman (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com

Respectfully submitted,

CHONG LAW FIRM PA

*/s/Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF